**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Deon Hall, et al.

Plaintiff,

v.

Case No.: 1:26−cv−06082
Honorable Andrea R. Wood

Federal Express Corporation

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 3, 2026:

MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 11/3/2026. As discussed on the record, the Court sets the following briefing schedule on Defendant's consolidated motion to dismiss. Defendant shall file their consolidated motion to dismiss of no more than 25 pages by 11/20/2026. Plaintiffs shall file a consolidated response of no more than 25 pages by 12/15/2026. Defendant shall file a consolidated reply of no more than 15 pages by 12/24/2026. The parties discussed the status of litigation in other districts and the possibility of a settlement mediation for the plaintiffs with cases in this District. To facilitate a future settlement mediation, the parties agreed to work cooperatively to achieve the production of plaintiff−specific data by Defendant as soon as practicable. By 11/24/2026, the parties shall file a joint status report setting forth: (1) an update on the status of any other pending cases that may impact this matter (including any trial schedules), (2) the status of the voluntary exchange of data with Plaintiffs' counsel, including any disputes, and (3) any other agenda items the parties would like to discuss at the next hearing. In Court status hearing set for 12/3/2026 at 1:00 PM in courtroom 2141. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.